IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH LEE LEWIS, # 213739, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:15-CV-903-WKW |
| | ) [WO] |
| RENE MASON, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On May 20, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 18.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1)     The Recommendation is ADOPTED;

(2)     Plaintiff's Motion to Dismiss (Doc. # 39) is GRANTED; and

(3)     This case is DISMISSED without prejudice and no costs are taxed.

A separate final judgment will be entered.

DONE this 14th day of June, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE